THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00024-MR

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,  Plaintiff and Stakeholder in Interpleader,  vs.  WENDELL BEZANSON, CATHY SUMMERFIELD, and PAMELA HEARD,  Defendants and Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Certificate and Report of Rule 26(f) Conference and Discovery Plan [Doc. 24].

The Plaintiff Metropolitan Life Insurance Company initiated this interpleader action on February 2, 2018, identifying Wendell Bezanson, Cathy L. Summerfield, and Pamela J. Heard as potential claimants of certain proceeds payable under a life insurance policy issued by the Plaintiff to Doris S. Barker. [Doc. 1]. All of the Claimants have now answered and asserted various crossclaims against each other. [See Docs. 11, 16, 17, 18, 19, 20].

One of the Claimants, Cathy Summerfield, is proceeding *pro se*; the other two claimants are represented by counsel. Upon joinder of issues, and in accordance with Local Civil Rule 16.4(c), the Clerk's Office sent a notice to Ms. Summerfield regarding the availability of the Court's *Pro Se* Settlement Assistance Program ("PSAP"). Ms. Summerfield has now responded, advising that she wishes to participate in the PSAP. [Doc. 22].

Because this case has now been referred to the PSAP, the Court will defer entering a Pretrial Order and Case Management Plan at this time

Accordingly, **IT IS, THEREFORE, ORDERED** that the Court will defer entering a Pretrial Order and Case Management Plan at this time. If this case is not resolved during the PSAP mediation process, the parties shall be required to file an updated Certificate and Report of Rule 26(f) Conference and Discovery Plan for the Court to consider.

**IT IS SO ORDERED.**

Signed: June 21, 2018

Martin Reidinger
United States District Judge