# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00024-MR

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WENDALL BEZANSON, CATHY SUMMERFIELD, and PAMELA HEARD, )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Dismissal and Discharge [Doc. 23].

For the reasons stated in the Plaintiff's Motion, and for good cause shown, the Court finds that the Plaintiff, as a disinterested stakeholder, has fulfilled its obligations concerning the life insurance benefits at issue in this case by depositing the disputed funds into the Court's registry.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 23] is **GRANTED**, and the Plaintiff is hereby **DISMISSED WITH PREJUDICE** from this case.

**IT IS FURTHER ORDERED** that all parties to this action are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from instituting or prosecuting any action or proceeding against the Plaintiff or otherwise seeking recovery against the Plaintiff related to, arising from, or in any way connected to life insurance policy # 95083-G, the proceeds payable under the Policy, this action, or the fact set forth in connection therewith.

**IT IS SO ORDERED**.

Signed: July 7, 2018

Martin Reidinger
United States District Judge