# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff and Stakeholder in Interpleader, | ) ) ) | 1:18-cv-00024-MR |
| vs. | ) ) | |
| WENDELL BEZANSON, CATHY SUMMERFIELD and PAMELA HEARD, | ) ) ) ) | |
| Defendants and Claimants in Interpleader. | ) ) ) | |
| _____ | ) ) | |
| CATHY SUMMERFIELD and PAMELA HEARD, | ) ) ) | |
| Crossclaim Plaintiffs, | ) ) | |
| vs. . | ) ) | |
| WENDALL BEZANSON, | ) ) | |
| Crossclaim Defendant. | ) ) | |
| _____ | ) ) | |
| WENDALL BEZANSON, | ) ) | |
| Crossclaim Plaintiff, | ) ) | |
| vs. | ) ) | |
| CATHY SUMMERFIELD and PAMELA HEARD, | ) ) ) | |
| Crossclaim Defendants. | ) | |
| _____ | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2018 Order.

                                      November 7, 2018

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court